UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RICHARD JOSEPH SCHREIBER, SR.,

              Plaintiff,

v.                                          Case No. 25-cv-1712-pp

MATT CAIN, *et al.*,

              Defendants.

**ORDER REQUIRING PLAINTIFF TO PAY INITIAL PARTIAL FILING FEE**

Plaintiff Richard Joseph Schreiber, who is confined at the Shawano County Jail, filed this civil rights action along with a motion for leave to proceed without prepaying the filing fee. Dkt. Nos. 1, 2. On November 10, 2025, the court ordered the plaintiff to pay an initial partial filing fee of $33.52 by December 10, 2025, in accordance with 28 U.S.C. §1915(b)(1). Dkt. No. 5. On December 18, 2025, the court extended the deadline for the plaintiff to pay the initial partial filing fee until January 2, 2026. Dkt. No. 9. The court ordered that if it did not receive either the $33.52 initial partial filing fee or a letter from the plaintiff explaining why he cannot pay it by the deadline, the court would dismiss the case. Id. at 2. On December 29, 2025, the plaintiff filed a letter stating that he cannot pay the initial fee, and he does not know when he will be able to pay it. Dkt. No. 10. He states that he has only $3 in his account, and that he will pay the initial partial filing fee at his earliest convenience. Id.

Under the Prison Litigation Reform Act (PLRA), the court must assess an initial partial filing fee of twenty percent of the average monthly deposits to the

plaintiff's account or average monthly balance in plaintiff's prison trust account for the six-month period immediately preceding the filing of the complaint, whichever is greater. 28 U.S.C. §1915(b)(1). Based on the statutory formula, the court assessed an initial partial filing fee of $33.52. The court can waive an initial partial filing fee if the plaintiff lacks the means *and* assets to pay it. See 28 U.S.C §1915(b)(4). The plaintiff states that he currently lacks the funds to pay the fee, but his trust account statement shows that he receives periodic deposits to his account; this means that he does not lack assets. Thus, the PLRA does not authorize the court to waive the initial partial filing fee. However, the court will give the plaintiff another extension of time to pay the initial partial filing fee.

The court **ORDERS** that the plaintiff must pay the **$33.52** initial partial filing fee by the end of the day on **February 9, 2026**. If court does not receive the $33.52 initial partial filing fee or a letter asking for more time to pay it—demonstrating good cause for the court to do so—by the end of the day on February 9, 2026, the court will dismiss this case without prejudice.

The court will send a copy of this order to the Shawano County Sheriff, who oversees the Shawano County Jail, where the plaintiff is confined.

Dated in Milwaukee, Wisconsin this 9th day of January, 2026.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**